# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Jacqueline P. Cox | **Hearing Date** | January 27, 2020 |
| **Bankruptcy Case No.** | 19-31573 | **Adversary No.** | |
| **Title of Case** | In Re: Tenille T. Lovaloy | | |

**Brief Statement of Motion**: Extend Automatic Stay

**Names and Addresses of moving counsel**: DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Dr., Wheeling IL 60090

**Representing**: Debtor

## ORDER

The automatic stay in this case is extended to 3/2/20 at 10:30 am.

*Jacqueline P. Cox*
*J. Cox*

6/11/99