## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 19-31573 |
| TENILLE LOVALOY, | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE COX |
| Debtor(s). | ) | |

## AMENDED NOTICE OF MOTION

To the following persons or entities who were served via electronic mail by the Bankruptcy Court:
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

To the following persons or entities who were served via regular U.S. Mail:
Tenille Lovaloy, 7821 S. Paxton Ave., Apt. 1, Chicago, IL 60649
Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346
David M. Katinsky, Chief, CTS-Northern, Tax Division (DOJ), P.O. Box 55, Ben Franklin Station, Washington, DC 20044
US Attorney, Civil Process Clerk, 219 S. Dearborn St., Rm. 500, Chicago, IL 60604

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 South Dearborn Street, Chicago, Illinois, in the following courtroom (or any other place posted), and present the attached **Objection to Claim No. 3.1 Internal Revenue Service**, at which time and place you may appear:

JUDGE:   COX
ROOM:    680
DATE:    March 30, 2020
TIME:    9:00 am

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 pm. on March 19, 2020.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332

                                                            Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES  
790 Chaddick Drive  
Wheeling, IL 60090  
847/520-8100